# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 13, 2006

129816(177)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TAXPAYERS OF MICHIGAN AGAINST
CASINOS and LAURA BAIRD, State
Representative in her official capacity,
        Plaintiffs-Appellants,

v

THE STATE OF MICHIGAN,
        Defendant-Appellee,

and

GAMING ENTERTAINMENT, LLC and
LITTLE TRAVERSE BAY BANDS OF
ODAWA INDIANS,
        Intervening Defendants-
        Appellees,

and

NORTH AMERICAN SPORTS MANAGEMENT
CO.,
        Intervening Defendant.

SC: 129816
COA: 225017
Ingham CC: 99-090195-CZ

_____

       On order of the Chief Justice the motion by the Little River Band of Ottawa
Indians, the Pokagon Band of Potawatomi Indians and the Nottawaseppi Huron Band of
the Potawatomi for leave to file a brief *amicus curiae* is considered and it is GRANTED.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

July 13, 2006

Clerk